# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.  25-00281 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CESAR GUADALUPE LOZANO-FLORES | MAGISTRATE JUDGE WHITEHURST |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation.  After considering the official transcript (Rec. Doc. 40) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Cesar Guadalupe Lozano-Flores, is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count 1, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 31st day of December, 2025.

S. MAURICE HICKS, JR.